IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTY MARIE CAMP,

     Petitioner,                  No. 06-CV-1906 ALA HC

    vs.

TINA HORNBECK,

     Respondent.              <u>ORDER</u>

_____/

     Plaintiff's motion for clarification is GRANTED. Her opposition motion was considered before the order dismissing claim 2 was granted.

DATED: September 20, 2007

                                                <u>/s/ Arthur L. Alarcón</u>
                                                UNITED STATES CIRCUIT  JUDGE
                                                Sitting by Designation