IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTIE MARIE CAMP,

          Petitioner,                 No. CIV-06-1906 ALA HC

    vs.

TINA HORNBEAK,

          Respondent.         <u>ORDER</u>

_____/

      Petitioner is directed to file, on or before December 31, 2007, a brief consisting of no more than 7 pages, discussing the following issues:

      (1) What is the applicability, if any, of *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007) to the question whether Petitioner is entitled to habeas relief on her claim that denial of her parole application violated due process?

      (2) Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States,"  28 U.S.C. § 2254(d)(1)?

/////

DATED: December 18, 2007

                             /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT JUDGE
                             Sitting by Designation